### Freddy L. WAMBACH, Plaintiff–Appellant,

v.

### James B. HUNT; Michael F. Easley; Sidney S. Eagles, Jr., Judge; Ralph A. Walker; Donald Smith, Defendants–Appellees.

#### No. 01–6296.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 23, 2001.

Freddy L. Wambach, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Freddy Wambach appeals the district court's order denying his "Motion to Amend Complaint for Reconsideration of Plaintiff['s] § 1983, § 1985(2)(3), § 1986 Claims." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Wambach v. Hunt,* No. CA–00–818–5–H (E.D.N.C. Feb. 2, 2001). We further deny Wambach's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*